# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Jennifer A. Kwarteng | § | Case No. 19-06304 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/08/2019. The undersigned trustee was appointed on 04/08/2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $   9,500.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 9,500.00 |

   The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/16/2019 and the deadline for filing governmental claims was 10/16/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,700.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $1,700.00, for a total compensation of $1,700.00$^{2}$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $19.35, for total expenses of $19.35$^{2}$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/24/2020                     By: /s/Zane L. Zielinski, Trustee
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 19-06304 | LAH | Judge: | LaShonda A. Hunt | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Jennifer A. Kwarteng | | | | Date Filed (f) or Converted (c): | 03/08/2019 (f) |
| | | | | | 341(a) Meeting Date: | 05/07/2019 |
| For Period Ending: | 06/24/2020 | | | | Claims Bar Date: | 10/16/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 7535 S Bayfield Dr Tinley Park Il 60487-0000 Cook | 157,500.00 | 0.00 | | 9,500.00 | FA |
| 2. 2006 Toyota Highlander Mileage: 187000 Value Per Kbb | 1,531.00 | 0.00 | | 0.00 | FA |
| 3. Used Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 4. Used Electronics | 250.00 | 0.00 | | 0.00 | FA |
| 5. Used Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 6. Wedding Ring, Watch, And Costume Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 7. Chase Checking Account | 400.00 | 0.00 | | 0.00 | FA |
| 8. Chase Checking Bank account | 5.00 | 0.00 | | 0.00 | FA |
| 9. Harris Bank Checking Account | 1,050.00 | 0.00 | | 0.00 | FA |
| 10. Harris Bank Savings Account | 62.50 | 0.00 | | 0.00 | FA |
| 11. Harris Bank Savings Account | 25.00 | 0.00 | | 0.00 | FA |
| 12. Eno-Bee Inc Business Owns Taxi Medallion 3661 | 1.00 | 0.00 | | 0.00 | FA |
| 13. Lincoln Financial Group 403(b) retirement account | 1.00 | 0.00 | | 0.00 | FA |
| 14. Protective Life Insurance Company Term Life Insurance | 1.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $162,326.50 $0.00 $9,500.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee settled with the Debtor related to her joint owned home, and is collecting payments.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | The Trustee settled interest in the Real Estate for $9500 and the debtor is obtained payments. |

Exhibit A

Initial Projected Date of Final Report (TFR): 12/31/2019　　　Current Projected Date of Final Report (TFR): 03/31/2020

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 19-06304  
Case Name: Jennifer A. Kwarteng  
Taxpayer ID No: XX-XXX4892  
For Period Ending: 06/24/2020  

Trustee Name: Zane L. Zielinski, Trustee  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0444  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/17/19 | 1 | BMO Harris Cashier's Check<br>Jennifer Kwarteng | Settlement Funds | 1110-000 | $2,000.00 | | $2,000.00 |
| 11/05/19 | 1 | Jennifer Kwarteng<br>Harris Bank Cashier's Check | Settlement | 1110-000 | $1,250.00 | | $3,250.00 |
| 11/26/19 | 1 | Jennifer Kwarteng<br>BMO Harris Bank cashier's Check | Settlement | 1110-000 | $1,250.00 | | $4,500.00 |
| 12/26/19 | 1 | Jennifer Kwarteng | Settlement | 1110-000 | $1,250.00 | | $5,750.00 |
| 01/21/20 | 1 | Jennifer Kwarteng<br>BMO Harris Bank Cashier's Check | Settlement Funds | 1110-000 | $1,250.00 | | $7,000.00 |
| 02/19/20 | 1 | Jennifer Kwarteng<br>cashier's check | Settlement Funds | 1110-000 | $1,250.00 | | $8,250.00 |
| 03/27/20 | 1 | Jennifer Kwarteng<br>7535 Bayfield Drive<br>Tinely Park, Il 60487 | Settlement Funds | 1110-000 | $1,000.00 | | $9,250.00 |
| 03/27/20 | 1 | Jennifer Kwarteng<br>7535 Bayfield Drive<br>Tinely Park, Il 60487 | Settlement Funds | 1110-000 | $250.00 | | $9,500.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $9,500.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $9,500.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,500.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*          Page Subtotals:          $9,500.00          $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0444 - Checking | $9,500.00 | $0.00 | $9,500.00 |
| | $9,500.00 | $0.00 | $9,500.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $9,500.00 |
| Total Gross Receipts: | $9,500.00 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 19-06304  
Debtor Name: Jennifer A. Kwarteng  
Claims Bar Date: 10/16/2019

Date: June 24, 2020

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 100 2100 | Zane L. Zielinski, Trustee<br>ZANE ZIELINSKI P.C.<br>6336 NORTH CICERO<br>SUITE 201, CHICAGO, IL 60646 | Administrative | | $0.00 | $1,700.00 | $1,700.00 |
| 100 2200 | Zane L. Zielinski, Trustee<br>ZANE ZIELINSKI P.C.<br>6336 NORTH CICERO<br>SUITE 201, CHICAGO, IL 60646 | Administrative | | $0.00 | $19.35 | $19.35 |
| 1 300 7100 | Signature Financial Llc<br>Vedder Price P.C., Attn: Mitchell D. Cohen, Esq.<br>1633 Broadway, 31St Floor<br>New York, Ny 10019 | Unsecured | | $179,462.07 | $157,691.63 | $157,691.63 |
| 2 300 7100 | Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118 | Unsecured | | $189.00 | $290.08 | $290.08 |
| 3 300 7100 | Quantum3 Group Llc As Agent For Moma Trust Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $2,644.00 | $2,731.26 | $2,731.26 |
| 4 300 7100 | Jpmorgan Chase Bank, N.A.<br>S/B/M/T Chase Bank Usa, N.A.<br>C/O Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, Fl 33487 | Unsecured | | $1,921.00 | $1,957.90 | $1,957.90 |
| 5 300 7100 | Navient Solutions, Llc. On Behalf Of<br>Department Of Education Loan Services<br>Po Box 9635<br>Wilkes-Barre, Pa 18773-9635 | Unsecured | | $24,302.00 | $106,166.05 | $106,166.05 |
| 6 300 7100 | Capital One, N.A.<br>Capital One, N.A.<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Unsecured | | $3,053.00 | $3,141.79 | $3,141.79 |
| 7 300 7100 | Department Stores National Bank<br>C/O Quantum3 Group Llc<br>Po Box 657<br>Kirkland, Wa 98083-0657 | Unsecured | | $4,009.00 | $4,164.45 | $4,164.45 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 19-06304  
Debtor Name: Jennifer A. Kwarteng  
Claims Bar Date: 10/16/2019

Date: June 24, 2020

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8<br>300<br>7100 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41021<br>Norfolk Va 23541 | Unsecured | | $1,630.00 | $3,427.40 | $3,427.40 |
| 9<br>350<br>7200 | Regional Recovery Services, Inc.<br>P.O. Box 3333<br>Munster, In 46321 | Unsecured | Claim was mailed in. It was received by the court 1 day late but was mailed. No indication or motion filed to deem it timely filed. | $238.00 | $237.75 | $237.75 |
| | Case Totals | | | $217,448.07 | $281,527.66 | $281,527.66 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 19-06304
Case Name: Jennifer A. Kwarteng
Trustee Name: Zane L. Zielinski, Trustee

Balance on hand $ 9,500.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski, Trustee | $ 1,700.00 | $ 0.00 | $ 1,700.00 |
| Trustee Expenses: Zane L. Zielinski, Trustee | $ 19.35 | $ 0.00 | $ 19.35 |

Total to be paid for chapter 7 administrative expenses $ 1,719.35
Remaining Balance $ 7,780.65

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $279,570.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Signature Financial Llc | $ 157,691.63 | $ 0.00 | $ 4,388.67 |
| 2 | Capital One N.A. | $ 290.08 | $ 0.00 | $ 8.07 |
| 3 | Quantum3 Group Llc As Agent For | $ 2,731.26 | $ 0.00 | $ 76.01 |
| 4 | Jpmorgan Chase Bank, N.A. | $ 1,957.90 | $ 0.00 | $ 54.49 |
| 5 | Navient Solutions, Llc. On Behalf Of | $ 106,166.05 | $ 0.00 | $ 2,954.68 |
| 6 | Capital One, N.A. | $ 3,141.79 | $ 0.00 | $ 87.44 |
| 7 | Department Stores National Bank | $ 4,164.45 | $ 0.00 | $ 115.90 |
| 8 | Synchrony Bank | $ 3,427.40 | $ 0.00 | $ 95.39 |
| | Total to be paid to timely general unsecured creditors | | $ | 7,780.65 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $237.75 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Regional Recovery Services, Inc. | $ 237.75 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE